Dated: March 08, 2011 16:40:03

The following is ORDERED:



T.M. Weaver
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Aakash Prabodh Kakkad,** | ) | Case No.   10-17127-WV |
| | ) | Chapter   7 |
| DEBTORS. | ) | |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND MOTION FOR ORDER OF ABANDONMENT

All findings of fact and conclusions of law are based upon representation of Counsel:

1. U.S. Bank, N.A. filed a Motion for Relief from the Automatic Stay, Motion for Order of Abandonment and Notice of Opportunity for Hearing (the "Motion") on February 16, 2011, regarding the real property described as:

> **The Condominium Parcel known as Unit 15204 of OXFORD PLACE AT TAMPA PALMS, A CONDOMINIUM, ("Condominium"), according to the Declaration of Condominium thereof ("Declaration"), recorded in the Official Records Book 16175, Page 0218, et. seq., in the Public Records of Hillsborough County, Florida, and any amendments thereto, together with an undivided interest in and to the common elements appurtenant thereto as specified in said Declaration, commonly known as 5125 Palm Springs Boulevard #15204, Tampa, Florida 33647**

18643/BK

(the "Property").

2. The Motion was served pursuant to Local Rule 9007 to the official mailing matrix which includes the Debtor, Debtor's counsel and the Trustee on February 16, 2011, as indicated by the Certificate of Mailing attached to the Motion.

3. The deadline for filing an objection to the Motion was March 7, 2011 and no objections have been filed.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the stay imposed by 11 U.S.C. Section 362 is hereby modified and U.S. Bank, N.A. is entitled to pursue its remedies against the Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that all interest the Trustee may have in and to the Property is hereby abandoned.

# # #

Submitted by:

 s/Michael J. George
Brian J. Rayment, OBA #7441
Amy Collins, OBA #18033
Michael J. George, OBA #22570
Kivell, Rayment and Francis, P.C.
Triad Center I, Suite 550
7666 East 61st Street
Tulsa, Oklahoma 74133
Phone: (918) 254-0626
Facsimile: (918) 254-7048
E-mail: mgeorge@kivell.com

ATTORNEYS FOR CREDITOR

18643/BK